**In re Alicia BELLANDI.**

No. 2013–1638.

United States Court of Appeals, Federal Circuit.

May 16, 2014.

Edward P. Ryan, Tutunjian & Bitetto, P.C., of Melville, NY, argued for appellant.

Joseph Matal, Associate Solicitor, United States Patent and Trademark Office, of

---

* Circuit Judge Plager participated only in the decision on the petition for panel rehearing.

Alexandria, Virginia, argued for appellee. With him on the brief were Nathan K. Kelley, Deputy General Counsel for Intellectual Property Law and Solicitor, and Kristi L.R. Sawert, Associate Solicitor.

NEWMAN, SCHALL, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**